CATHERINE E. PLATT, Respondent, *v.* THE VILLAGE OF ONEONTA, Appellant.

*Platt* v. *Village of Oneonta*, 88 App. Div. 192, affirmed.
(Argued October 20, 1905; decided November 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 14, 1903, which reversed a judgment in favor of

defendant entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial.

*Douglas W. Miller* for appellant.

*Albert C. Tennant* and *J. Lee Tucker* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.